ACCEPTED
01-15-00583-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 4:55:13 PM
CHRISTOPHER PRINE
CLERK

## BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

JOSEPH M. NIXON
PARTNER

(713) 623-0887

FAX (713) 960-1527

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 4:55:13 PM
CHRISTOPHER A. PRINE
Clerk

October 8, 2015

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> Re:  01-15-00583-CV; *The Honorable Mark Henry, County Judge of Galveston County v. The Honorable Lonnie Cox*

Dear Mr. Prine:

This letter confirms that I received your letter, which sets oral argument in this cause on October 15, 2015 at 2:30 p.m., before Justice Jennings, Justice Higley, and Justice Brown.

I will present oral argument on behalf of the Appellant, The Honorable Mark Henry, County Judge of Galveston County.

Very truly yours,

*/s/ Joseph M. Nixon*

Joseph M. Nixon

cc:  Mark W. Stevens
P.O. Box 8118
Galveston, Texas 77553
markwandstev@sbcglobal.net
Counsel for Appellee

2235328v.1 005032/108027